IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| UNITED STATES ex. rel. ALEX ZACHARIAH, | : : : : | |
| Plaintiff, | : | Civil Action No. 22-3161 |
| v. | : : | |
| NORRISTOWN STATE HOSPITAL, et al., | : : : | |
| Defendants. | : : : | |

## ORDER

AND NOW, this __27th__ day of __February__, 2023, Relator having filed a Notice of Voluntary Partial Dismissal of Count I and Count II of this action, and the United States having filed its Notice of Consent to Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court ORDERS as follows:

1. Count I and Count II of this action are dismissed without prejudice as to Relator and without prejudice as to the United States.

2. The seal shall be lifted on the Complaint, Relator's Notice of Voluntary Partial Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case.

BY THE COURT:

/s/ Paul S. Diamond
**Paul S. Diamond, J.**

*Copies to only:*

David A. Degnan
Peter Carr
Assistant United States Attorneys
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA  19106
*Attorney for the United States of America*

Seth D. Carson, Esq.
1835 Market Street, Suite 2950
Philadelphia, PA 19103
*Attorney for Relator-Plaintiff*